```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ILANA GAMZA-MACHADO DE SOUZA,                                :
                              Plaintiff,                     :
                                                             :   21 Civ. 5553 (LGS)
-against-                                                    :
                                                             :   ORDER
PLANNED PARENTHOOD FEDERATION OF                             :
AMERICA, INC., ET AL.,                                       :
                              Defendants.   X
-------------------------------------------------------------
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on August 26, 2021, at 10:50 a.m. to discuss Defendants' proposed motion to dismiss. It is hereby

**ORDERED** that, by **September 10, 2021**, Defendants shall file a pre-motion letter if they seek to file a partial motion to dismiss or if Defendants do not seek to file a partial motion to dismiss, they shall file an application to extend their deadline to answer the Complaint. Plaintiff does not need to respond to the pre-motion letter, if any. If the case is not resolved during the mediation and Defendants seek to file a partial motion to dismiss, then the parties shall file a proposed briefing schedule for the partial motion to dismiss no later than **one week after the mediation**.

Dated: August 26, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE