UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILANA GAMZA-MACHADO DE SOUZA,
                        Plaintiff,

               -against-                    21 Civ. 5553 (LGS)

                                                ORDER
PLANNED PARENTHOOD FEDERATION OF
AMERICA, INC., et al.,

                       Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Defendants filed a motion to dismiss on November 23, 2021;

    WHEREAS, Plaintiff filed an Amended Complaint on December 14, 2021, pursuant to Rule 15(a)(1)(B). It is hereby

    **ORDERED** that Defendants' motion to dismiss the superseded complaint is denied as moot. It is further

    **ORDERED** that as soon as possible and no later than **December 21, 2021**, Defendants shall file a letter (1) stating whether they intend to file a motion to dismiss the Amended Complaint and if so, (2) proposing a briefing schedule after consultation with Plaintiff.

    The Clerk of Court is respectfully directed to close the motion at Dkt. No. 27.

Dated: December 15, 2021
       New York, New York

                                                  LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE