UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILANA GAMZA-MACHADO DE SOUZA,                      :
                        Plaintiff,   :
                                          :
            -against-            :        21 Civ. 5553 (LGS)
                                          :
PLANNED PARENTHOOD FEDERATION OF      :        <u>ORDER</u>
AMERICA, INC., et al.,                 :
                      Defendants,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on January 13, 2022, Plaintiff filed a letter seeking to quash Defendants' subpoena on her two current employers (the "Subpoenas") (Dkt. No. 38);

      WHEREAS, on January 14, 2022, the Court ordered Defendants not to serve the Subpoenas until the issues were resolved and scheduled a discovery conference for January 20, 2022 (the "Conference") (Dkt. No. 40);

      WHEREAS, on January 19, 2022, Defendants filed a letter seeking to compel Plaintiff to produce documents and interrogatory responses (the "January 19, 2022, Letter") (Dkt. No. 41);

      WHEREAS, the Conference was held telephonically on January 20, 2022.  It is hereby

      **ORDERED** that Plaintiff's motion to quash the Subpoenas is granted for the reasons stated in the Conference.  It is further

      **ORDERED** that, by January 26, 2022, Plaintiff shall produce to Defendants (1) documents reflecting wages paid by her two current employers over the course of her employment and (2) a list of prior lawsuits and complaints, if any, alleging discrimination by an employer.  It is further

      **ORDERED** that the parties shall meet and confer to resolve the issues stated in the January 19, 2022, Letter as well as any other outstanding discovery issues.  The parties shall endeavor to resolve their differences in good faith.

Dated: January 20, 2022
        New York, New York

                                                   LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE