UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILANA GAMZA-MACHADO DE SOUZA,          :
                      Plaintiff,   :
                                              :         21 Civ. 5553 (LGS)
        -against-             :
                                              :             <u>ORDER</u>
PLANNED PARENTHOOD FEDERATION OF   :
AMERICA, INC., et al.,                                  :
                     Defendants,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on March 17, 2022, Defendants filed a letter requesting a discovery conference to seek release of Plaintiff's medical records from her mental health providers and an additional three-hours to continue the deposition of Plaintiff;

      WHEREAS, on March 24, 2022, Plaintiff filed a response.  Plaintiff also sought leave to depose five individuals not previously identified in the first Rule 26(a) disclosure statements provided by Defendants and requested that Defendants be ordered to reproduce documents in accordance with Fed. R. Civ. P. 34 (b)(2)(E);

      WHEREAS, on March 28, 2022, Defendants filed a reply.  It is hereby

      **ORDERED** that Plaintiff shall provide medical release authorizations for Plaintiff's mental health providers from January 2019 onward as such records are relevant to the issue of causation and damages.  It is further

      **ORDERED** that Plaintiff shall appear to continue her deposition for an additional three-hours.  Plaintiff's deposition shall be limited to questions about her mental health, including from January 2019 as reflected in the documents to be produced from the providers who are subject of this order.  It is further

      **ORDERED** that Plaintiff's request to depose the five individuals not previously

identified in the first Rule 26(a) disclosure statement is granted.  It is further

**ORDERED** that, as to the 9,517 most recently produced documents only, Defendants shall confirm that these documents were produced as maintained in the regular course of business, or if they were not, shall "organize and label them to correspond to the categories in the request." Fed. R. Civ. P. 34(b)(2)(E)(i).  It is further

**ORDERED** that by April 1, 2022, the parties shall file a proposed revised case management plan to accommodate the additional discovery set forth above.

Dated: March 31, 2022
   New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE