

May 17, 2022

**Via ECF**
The Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED.  The discovery conference scheduled for May 25, 2022, is adjourned to June 1, 2022, at 4:00 P.M.  the parties shall call 888-363-4769 and enter the access code 558-3333.

Dated:  May 18, 2022
            New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:  *Ilana Gamza v. Planned Parenthood Federation of America, Inc., et al.*
       Docket No:  1:21-cv-05553-LGS

Dear Judge Schofield:

  This firm represents the Plaintiff in the above-referenced matter. We write pursuant to Rule I.B.2 of Your Honor's Individual Rules of Practice, to request an adjournment of the Local Rule 37.2 discovery conference scheduled for May 25, 2022. We are seeking this adjournment because the undersigned has a mediation scheduled that same day with the United States Court of Appeals for the Second Circuit. This is our first request to adjourn the Local Rule 37.2 discovery conference. Additionally, the undersigned has conferred with Defendants, who consent to this request. The Parties are currently available on May 23, June 1, June 3 after 12 PM, or June 6 for the rescheduled conference.

  As such, Plaintiff respectfully requests that Your Honor issue an Order rescheduling the Local Rule 37.2 discovery conference for any of the other dates and times that the Parties are currently available to hold the conference. If the Court is not available on any of the above referenced dates, the undersigned will readily confer with Defendants and provide additional availability. We thank Your Honor for your consideration of this request and appreciate the Court's assistance with this matter.

             Respectfully Submitted,
             **DEREK SMITH LAW GROUP, PLLC**

                /s/ Daniel Altaras
             Daniel J. Altaras, Esq.

cc: All Counsel of Record (Via ECF)

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1845 Walnut Street, Suite 1600, Philadelphia, PA 19103 | (215) 391-4790
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com