UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ILANA GAMZA-MACHADO DE SOUZA,    :
                  Plaintiff,   :
                        :           21 Civ. 5553 (LGS)
        -against-         :
                        :             ORDER
PLANNED PARENTHOOD FEDERATION OF  :
AMERICA, INC., et al.,                :
               Defendants, :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a Rule 37 conference was held on June 1, 2022.  It is hereby

**ORDERED** that, by June 9, 2022, Plaintiff's counsel shall confer with Plaintiff and file a letter explaining Dr. Rappaport's notes from a May 5, 2022, session, noting that "Pt had seen psychiatrists for medication management" and stating who, if anyone, made the diagnosis that Plaintiff had postpartum depression starting from January 14, 2019.   Plaintiff shall state whether her OBGYN or another health provider diagnosed Plaintiff or prescribed medication to Plaintiff regarding her mental health conditions referenced in the notes from the May 5, 2022, session.  If an OBGYN or another health provider referred Plaintiff to a mental health provider, Plaintiff's counsel shall state to whom the referral was made and state whether the medical authorization has been provided for that mental health provider.  It is further

**ORDERED** that Plaintiff's counsel shall confer with Plaintiff to provide information about at which location and through which healthcare provider Plaintiff visited Dr. Felix Geller around August 2020 and, if the provider can be identified, provide a supplemental authorization for her visit with Dr. Geller.  It is further

**ORDERED** that, by June 9, 2022, the parties shall jointly propose an amended case management plan to accommodate any additional discovery resulting from any supplemental

medical authorization and the three-hour continuation of Plaintiff's deposition ordered on March

31, 2022.  The deposition shall be limited to questions about her mental health, including from

January 2019 onward as reflected in the documents to be produced from the providers who are

subject of this order.

Dated: June 2, 2022
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**