```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ILANA GAMZA-MACHADO DE SOUZA,         :
                            Plaintiff, :
                                       :      21 Civ. 5553 (LGS)
            -against-                  :
                                       :           ORDER
PLANNED PARENTHOOD FEDERATION OF       :
AMERICA, INC., et al.,                 :
                            Defendants,:
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Defendants seek medical release authorization from Plaintiff's mental health providers from January 2019 to May 2020.

    WHEREAS, on June 2, 2022, the Court ordered Plaintiff to file a letter stating "whether her OBGYN or another health provider diagnosed Plaintiff or prescribed medication to Plaintiff regarding her mental health conditions referenced in the notes from the May 5, 202[0], session [with Dr. Rappaport]." Dkt. No. 67. The Court further directed Plaintiff to state whether any referral was made. Dkt. No. 67.

    WHEREAS, Plaintiff filed a letter stating that Plaintiff's OBGYN diagnosed Plaintiff with post-partum depression and prescribed medication to Plaintiff but "did not otherwise treat or refer Plaintiff to another healthcare provider in relation to her post-partum depression." Dkt. No. 69.

    WHEREAS, Defendant seeks medical release authorization for Plaintiff's mental health related treatment records from her OBGYN because the diagnosis and prescription relate to Plaintiff's mental health conditions for the period relevant to this litigation. Defendants also contend that other medical records, including notes from Plaintiff's May 5, 2020, session with Dr. Rappaport, indicate that Plaintiff has been treated by other mental health providers between

January 2019 and May 2020.  It is hereby

**ORDERED** that, by **June 22, 2022**, Plaintiff shall provide a medical release authorization for Plaintiff's records with her OBGYN.  The records when received shall be for attorneys' eyes only subject to further application to, and order of, the Court.  The authorization shall be limited to records that relate to Plaintiff's mental health and for any time during the period between when her OBGYN first considered that Plaintiff might suffer from post-partum depression to May 2020.  It is further

**ORDERED** that, by **June 22, 2022**, Plaintiff shall file an affidavit or declaration swearing that she has identified to Defendants all healthcare providers, including mental health providers, whom she consulted about any mental health issue or who made any mental health diagnosis, provided her mental health treatment, or prescribed medication to treat any mental health condition, during the period between January 2019 and May 2020.  Plaintiff's counsel shall file a letter to the Court attesting to the same.  It is further

**ORDERED** that, by **June 24, 2022**, the parties meet and confer in good faith and jointly propose an amended case management plan.

Dated: June 17, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE